UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
A. S., individually and on behalf of D.I., a
child with a disability,

                                 Plaintiffs,

           -against-

New York City Department of Education,

                                 Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2021

1:20-cv-10907 (LTS) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later than Wednesday, April 14, 2021, the parties shall file a joint letter setting forth a proposed briefing schedule regarding attorney's fees.

**SO ORDERED.**

DATED:     New York, New York
           April 7, 2021

_____
STEWART D. AARON
United States Magistrate Judge